# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
## Case No. 4:22-cv-00055-JCD

| | |
|---|---|
| SHAWN CONDON, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) |
| SANDERSON FARMS, INC., | ) ) |
| Defendant. | ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed between Plaintiff Shawn Condon and Defendant Sanderson Farms that all claims of Plaintiff Condon in this action are hereby dismissed with prejudice and without costs or attorneys' fees against any party.

Respectfully submitted,

/s/ *Joseph D. Budd*
Joseph D. Budd (N.C. Bar No. 44263)
**OSBORN GAMBALE BECKLEY & BUDD PLLC**
721 W. Morgan St.
Raleigh, North Carolina 27603
Telephone: (919) 373-6422
Email: joe@counselcarolina.com
ATTORNEY FOR PLAINTIFF

/s/ *Kevin J. Dalton*
Kevin J. Dalton (NC Bar No. 24197)
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: (704) 334-4565
Email: kdalton@fisherphillips.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter.

    Kevin J. Dalton
    R. Bryan Holbrook
    Fisher Phillips LLP
    227 West Trade Street
    Suite 2020
    Charlotte, North Carolina 28202
    kdalton@fisherphillips.com
    bholbrook@fisherphillips.com
    *Attorneys for Defendant*

This the 18th day of April, 2023.

    BY:    /s/ Joseph D. Budd
            JOSEPH D. BUDD
            N.C. Bar No. 44263
            OSBORN GAMBALE BECKLEY & BUDD PLLC
            721 W. Morgan St.
            Raleigh, North Carolina 27603
            joe@counselcarolina.com
            T: 919.373.6422
            F: 919.578.3733